In the Matter of RIKKI D. ADAMS, Appellant, v ROCHESTER FIRE DEPARTMENT, Respondent.

Submitted September 17, 2007; decided October 23, 2007

On the Court's own motion, appeal, insofar as taken from the Appellate Division order denying, upon renewal, appellant's motion for poor person relief, dismissed, without costs, upon the ground that such order does not finally determine an action or proceeding within the meaning of the Constitution; appeal, insofar as taken from the Supreme Court order dismissing appellant's application to compel compliance with a subpoena, transferred, without costs, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie (*see* NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for leave to appeal from the above-described Supreme Court order dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.

ELIZABETH ALDEN, Appellant, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent.

Submitted October 1, 2007; decided October 23, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

In the Matter of the Estate of HYMAN ALPERT, Deceased. JACK ALPERT, as Executor of WILLIAM ALPERT, Deceased Executor and Trustee of HYMAN ALPERT, Deceased, et al., Respondents; GAIL ALPERT KRAMER et al., Appellants.

Submitted August 13, 2007; decided October 23, 2007

Reported below, 37 AD3d 187.

Motion, insofar as it seeks leave to appeal as against Joseph and Charles Alpert, dismissed as untimely; motion, insofar as it seeks leave to appeal as against Jack L. Alpert, Lois Katz and Faya Cohen, dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.